IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-1579-JLK-MJW**

**ARROW ELECTRONICS, INC., a New York corporation,**

    Plaintiff,

v.

**ALAN DAVIS, an individual;**
**BILL LAWRENCE, an individual;**
**EDWARD COX, an individual, and**
**1-50 inclusive,**

    Defendants.

## ORDER OF DISMISSAL

Kane, J.

Upon consideration of the Stipulation of Dismissal Without Prejudice (doc. #23), filed November 20, 2009, it is

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**, the parties to bear their own costs and attorney fees.

Dated: November 20, 2009

BY THE COURT:

*S/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT